Richard W. Osman, State Bar No. 167993
Henry B. Bernstein, State Bar No.  313730
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
        hbernstein@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, et al.

DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
HARSH Y. RONVELTA (SBN 319667)
hronvelia@selmanlaw. com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone : 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendants
COUNTY OF SOLANO, et al.

DENNIS R. INGOLS, ESQ., CSB#236458
LAW OFFICE OF DENNIS R. INGOLS
111 North Market Street, Suite #300
San José, California 95113
Telephone: 408-601-0126
Email: dennis@ingolslaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI HAMILTON, Individually and as Guardian Ad Litem for minor Plaintiffs PHH, JNH, JDH, NHH, MHH, and RICKY HAMILTON,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SOLANO EDWARD MILLER, KATHERINE MEDRANO, MAGIE CHIANG, REBECCA CURCURO, CITY OF VACAVILLE, and DOES 1 – 20, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-01804-MCE-KJN<br><br>**STIPULATION RE DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER** |

1    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that Defendants CITY OF VACAVILLE, DAYNA HARDWICK, KATIE LOPEZ, SHEHAN, and KEITH HOPPER ("the City Defendants") and Defendants COUNTY OF SOLANO, EDWARD MILLER, KATHERINE MEDRANO, MAGIE CHIANG, REBECCA CURCURO, CARLY HAMILTON, DENISE N. ROCHLITZ, LUSETTE OKADA, ALEXANDRIA SCANDALIA-DEMPSEY and DESIREE ENGLISH ("the County Defendants") shall file their responses to Plaintiffs' First Amended Complaint ("FAC") on or before July 15, 2020.

   Good cause exists for stipulation, as follows: Plaintiffs filed their initial Complaint on September 9, 2019. Pursuant to motions to dismiss filed by Defendants, this Court dismissed Plaintiffs' Complaint, with leave to amend. Plaintiffs filed their FAC on May 18, 2020, adding nine new individual defendants. Plaintiffs then served waivers of service for all new individual defendants. The City Defendants agreed to accept service and will execute waivers of service. The County Defendants agreed to accept service and will execute waivers of service to the extent the newly added defendants are currently employed by the County. Presently, the City and County response to the FAC is due on June 1, 2020. The individually-named Defendants' responsive pleadings will not be due until a date in July 2020. Counsel met and conferred and agreed that in order to avoid the filing of several responsive pleadings on various dates, that the City Defendants and the County Defendants each will file a response to the FAC on or before July 15, 2020.

   **NOW, THEREFORE,** the parties hereby stipulate that the last day for the City Defendants and County Defendants to respond to Plaintiffs' First Amended Complaint is July 15, 2020.

   **IT IS SO STIPULATED.**

///
///
///
///
///
///
///

| | |
|---|---|
| Dated: May 29, 2020 | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |
| | By: */s/ Richard Osman* |
| | Richard W. Osman |
| | Henry B. Bernstein |
| | Attorneys for Defendants |
| | CITY OF VACAVILLE, et al. |
| Dated: May 29, 2020 | SELMAN BREITMAN LLP |
| | By: */s/ Danielle K. Lewis* |
| | Danielle K. Lewis |
| | Harsh Y. Ronvelta |
| | Attorneys for Defendants |
| | COUNTY OF SOLANO, et al. |
| Dated: May 29, 2020 | LAW OFFICE OF DENNIS R. INGOLS |
| | By: */s/ Dennis R. Ingols* |
| | Dennis R. Ingols |
| | Attorney for Plaintiffs |

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

| | |
|---|---|
| Dated: May 29, 2020 | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |
| | */s/ Richard Osman* |
| | Richard W. Osman |

2

# **ORDER**

Having reviewed the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that all defendants named in the First Amended Complaint file a response on or before July 15, 2020.

**IT IS SO ORDERED.**

Dated: June 2, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE